UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES A. HAYES                                        CIVIL ACTION

VERSUS                                                NUMBER: 09-06669

DAVID ALFRED, ET AL.                                  SECTION: "F"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice.

New Orleans, Louisiana, this 18th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE